# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



2009 ... 31  A. 9: 02

# MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

KONRAO  RORZENIOWSKI
_____
Plaintiff(s),

v.                                    Case No. 3:09 MC 280 TPS

Audit Systems, Inc C/o Horwitz William
_____
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs,

or security therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I submit

the attached financial affidavit and state that:

(1)  I am unable to pay such fees, costs, or give security therefor.
(2)  I am entitled to commence this action against the defendant(s).
(3)  I request that the court direct the United States Marshal's Service to serve
     process.

_Komul Korzeniowski_
Original Signature

KONRAO  RORZENIOWSKI
Name (print or type)
51 Rockliffe Drive
Street Address
New Britain  CT  06051
City        State      Zip Code
(860) 595 8436
Telephone Number

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT


# FINANCIAL AFFIDAVIT IN SUPPORT OF
# MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
# PURSUANT TO 28 U.S.C. § 1915


_KONRAD BORZENICWSKI_,
            Plaintiff(s),

v.                                              Case No.  ----------------------------

_Audit Systems, Inc C/O Horwitz William_
            Defendant(s).


I declare that:

   (1)    I am unable to pay such fees, costs, or give security therefor.

   (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ✓   Married _____   Separated _____   Divorced _____
If separated or divorced, are you paying any support or any form of maintenance?
Yes _____   No _____
Dependents:  Wife _____   Children # _____   Others # _____
and relationship _____
Please provide the names and ages of your children.  **IF A CHILD IS A MINOR (UNDER AGE 18), PLEASE IDENTIFY THE CHILD BY __INITIALS__ ONLY.**
Name _____   Age _____
Name _____   Age _____
Name _____   Age _____

**RESIDENCE**
Street Address: _51 Rockliffe Drive_
City: _New Britain_          State: _Connecticut_
Zip Code: _06051_   Telephone: _860 595 9436_

Rev.1/11/08                                    2

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8      High School   9 10 11 ⑫
College   1 2 3 4      Post-Graduate   1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _The Hospital of Central Connecticut_
Address of employer: _100 Grand Street, New Britain CT 06051_
How long employed by present employer: _6 Month_
Income:   Monthly _____   Weekly _$400_____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _____ day of _____, 19_____
The name of my last employer: _____
Address: _____
Telephone #: (_____) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly_____.

**FINANCIAL STATUS**
Owner of real property?  Yes _____   No _✓_
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.1/11/08                          3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _NISSOn_____ Model _Versa_____ Year _07_
Registered owner(s) name(s): _KONRAD     KORZENIOWSKI_____
Present value of automobile: _____
Owed to: _Nisson Motor Acceptance Corporation_____
Amount owed: _$7,800_____

Cash or Securities on hand:
Cash in banks and savings and loan associations:_____
Names and addresses of banks and associations:_____
_____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify
bonds : _____
_____

**OBLIGATIONS:**

| | |
|---|---|
| Monthly rental on house or apartment: | $ _370_ |
| Monthly mortgage payment on house: | $ _____ |
| Gas bill per month: | $ _250_ |
| Electric bill per month: | $ _150_ |
| Phone bill per month: | $ _75_ |
| Car payments per month: | $ _345_ |
| Car insurance payments per month: | $ _160_ |
| Other types of insurance payments per month | $ _100_ |
| Monthly payments to retail merchants: | $ _____ |
|   Please list:_____ | $ _____ |
|   Please list:_____ | $ _____ |
| Monthly payments on any other outstanding | |
| loans or debts: | $ _1,300_ |
|   Please list:_Credit Cards_____ | $ _____ |
|   Please list:_____ | $ _____ |
| Any money owed to doctors, hospitals, lawyers | |
|   Please list:_doctors_____ | $ _1,000_ |
|   Please list:_____ | $ _____ |
| Monthly payment for maintenance or child support | |
| under separation or dissolution agreement: | $ _____ |
| Estimated monthly expenditure on food: | $ _255_ |

Rev.1/11/08                              4

Estimated monthly expenditure on clothing:     $_____100_____

Total amount of monthly obligations:     $____3,105____

Other information pertinent to financial status:  (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

_____

_____

_____

## PREVIOUS LITIGATION:

If you have ever filed a case in this district, provide the following information for each case you have filed.  If you need additional space, please continue on a separate sheet.

|     | Case Number | Case Caption | Disposition of Case |
|-----|-------------|--------------|---------------------|
| 1.  | _____ | _____ | _____ |
| 2.  | _____ | _____ | _____ |
| 3.  | _____ | _____ | _____ |
| 4.  | _____ | _____ | _____ |
| 5.  | _____ | _____ | _____ |

Date: _September 01, 09_     _Konrad Kozierowski,_

**Original Signature of Affiant**

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: _September 01, 09_     _Konrad Kozierowski._

Original Signature of Affiant